**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DANIEL M. DILELLA, *et al.*,

               Plaintiffs,

     v.

RENEE BURCHARD, *et al.*,

               Defendants.

Case No. 24-cv-1675 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss, ECF 27, is **GRANTED** and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: March 2, 2026